Case 1:08-cv-02203-HB   Document 42   Filed 04/07/09   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
RAMON DE ANTONIO SMART,

                     Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL.,

                    Defendants.
------------------------------------------------------X

ORDER
08cv2203 (HB)

**Hon. HAROLD BAER, JR., District Judge:**

WHEREAS, trial of this matter was scheduled to commence Monday, April 13, 2009 at 9:30 A.M.; and

WHEREAS, on April 2, 2009, Plaintiff Ramon De Antonio Smart (Register No. 59238-054) was remanded to federal custody at the Metropolitan Detention Center in Brooklyn, New York (the "MDC"); and

WHEREAS, the parties must confer amongst themselves to address preparation of pretrial materials and confer with the Court to reschedule the trial, it is hereby

ORDERED that the MDC staff make Plaintiff available for a telephone conference with counsel for the Defendants, City of New York, et al, on Friday, April 10, 2009 at 2:00 P.M.; and it is further

ORDERED that the MDC staff make Plaintiff available for a telephone conference with counsel for the Defendants and the Court on Monday, April 13, 2009 at 2:00 P.M.; and it is further

ORDERED that counsel for the Defendants mail copies of their pretrial submissions to Plaintiff at the MDC.

SO ORDERED
New York, New York
April 7, 2009

                                                               **United States District Judge**